# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-62958-Cohn/White

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

# United States District Court
## Southern District Of Florida

FILED by PE D.C.
DEC 30 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

George Birkley Jr.
(A.K.A) Kontravious White
    Plaintiff

Complaint
Civil Action No _____

V

Broward Sheriff Office, Scott Israel,
Capt. Williams, Lt. Col. Keith Neely
XO. Lt. Badgette #5206, Lt. Palmer, Dep. K. Henkerson
Jane Doe et, al.
Individually and in their official capacities
    Defendants

**14-CV-62958-Cohn/White**

cat / div 1983/550/Broward
Case # _____
Judge _____ Mag PAW
Motn Ifp NO   Fee pd $ 0
Receipt # _____

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3) Plaintiff George Birkley Jr a pretrial detainee (A.K.N) Kontravious White seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claim for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Florida is an appropriate venue 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiffs

3. Plaintiff, <u>George Birkley Jr.</u> is and was at all times mentioned herin a prisoner of the State of Florida in the custody of the Broward Sheriff's Officer's, Department of Detention. He is currently confined in the Broward County Main Jail in Ft. Lauderdale, Florida

## III. Defendants

4. Defendant, <u>Scott Israel</u> is a sheriff deputy police officer who, at all times mentioned in this complaint, held the rank of (Elected Sheriff Of Broward County) and is assigned to Administration at 2601 West Broward Blvd Ft. Lauderdale Fl, 33312

5. Defendant, <u>Captain. Williams</u> is a deputy sheriff police officer who at all times mentioned in this complaint, held the rank of (Commanding Officer) and is assigned to the Broward Sheriff's Department of Detention at 555 Southeast 1st Ave Ft. Lauderdale Florida 33312

6. Defendant <u>XO. Lt. C. Badgette #520</u> is a deputy sheriff police officer who at all times mentioned in this complaint held the rank of (Executive Officer) under <u>defendant Williams</u> command at 555 Southeast 1st Ave Ft. Lauderdale FL, 33312 Department of Detention Broward County Sheriff's Department

7. Defendant, Lt.Col.Kieth Neely is a deputy sheriff assigned as (Administer) of the county's Department of Detention employed rank (Administer) who at all times mentioned under Israel's command, is assigned 2601 West. Broward Blvd Ft. Lauderdale Fl, 33312. Broward County Sheriff's Office.

8. Defendant, Lt. Palmer is a deputy sheriff who at all times mentioned held the rank of (Executive Officer) of the Ombudsman grievance department at 555 Southeast 1st Ave Ft. Lauderdale Fl, 33301 Broward County Sheriff Department of Detention

9. Defendant Deputy. K. Hankerson is a deputy sheriff (Assualting officer) who, at all times mentioned in this complaint held the rank of (deputy sheriff officer) assigned to 555 Southeast 1st Ave. Ft Lauderdale Fl, 33301. Department of Detention

10. Defendant Jane Doe is the (Head Nurse) of Armor Correctional Health inc. contracted with Broward Sheriff's Office who at all times mentioned was (Head Nurse) at 555 Southeast 1st Ave Ft. Lauderdale Fl, 33301 Department of Detention.

## III. Facts

11. On May 19, 2014 I was arrested under the alias of Kantravious White and charged with buglary at Broward County Main Jail.

12. I was placed in the detox wing against my will. On the 3rd floor.

13. On the 3rd floor medical if you don't take the meds they prescribe they house you there longer.

14. May 24, 2014 it was evening time and Defendants Hankerson and an un-named nurse were conducting med rounds. Everyone recieved meds but me.

15. The nurse and Defendant K. Hankerson were passing out meds to what plaintiff believed to be the last person. I stated to the nurse "Ms. I am to recieve meds so that I can get off this floor."

16. Defendant Deputy K. Hankerson told me to "Shut the fuck up and let her do her job", "inmate we got this". They began to walk away.

17. As the Defendant and the nurse was leaving I began to say "the reason why im here is I was not taking the medication and they will not let me leave untill I do so". "I already don't want to be here."

18. Defendant and nurse turned around and approached my cell. "I said thankyou it's about time."

19. The Defendant and nurse reached the cell and the door was poped open. I reached my hand out to recieve the medication. dep. Hankerson told me to "get water first."

20. I turned and fixed a cup of water. When I turned back around dep. Hankerson punched me in the face then pushed me and punched me in the face again while I was falling.

21. As I was getting up I said "what the fuck you hit me for."

22. Hankerson while rushing over said "bitch you talk to fucking much ima teach yo young ass a lesson" and began to punch me in the face and head.

23. While I was covering and trying to get out of the way He was still calling me "bitches" and "pussy niggas."

24. Somehow we got to the wall im still on my knees covered telling Hankerson to "get the fuck away from me and yelling "for "help."

25. Hankerson grabed my arm from protecting my head and face and ramed my face into the wall several times, which caused my tooth to come out.

26. After Hankerson finished raming my face into the wall He pulled my head back and began to punch me and say "fuck nigga you learned yo lesson".

27. I was still trying to cover my face and head when He pushed me on my face then hand cuffed me

28. Hankerson called in a code after he was done beating me. The un-named Sgt and an un-named white deputies both male

29. The white male dep and Hankerson walked me to the front of the unit and into another room. I thought they going to beat me again. The black male sergent was ther.

30. The (Sgt) took pictures of my injuries. I told the Sgt "I needed to see a doctor." Because my face and head was in so much pain.

31. The nurse came asked me what's wrong I told her "my tooth had been knocked out my face and head were in extreme pain."

32. The nurse looked in my mouth and felt the area and said you need an X-ray and gave me some gause and motrim.

33. The deputy wrote a false diciplinary report Sentenced me to 30 day diciplinary confindment and administrative Segregation 23 hour lockdown

34. While in confindment I appealed to the administrative heads. Who are Scott Israel, Lt. Col. Keith Neely, Captain. Williams and XO. Lt. C. Badgette #5201. And was openly denied grievances.

35. I called the ombudsman line Lt. Palmer who never fixed the problem.

36. I wrote grievances to Jane Doe about injuries and never got treated while in the healing process treatment came six month later which resulted in. Me constantly getting migrains, bleeding gums and blured vision (damaged eye sight).

## IV. Exhaustion Of Legal Remedies

37. Plaintiff George Birkley Jr. has written many grievances to the Sheriff of Broward County and written letters, also the plaintiff has talked to many deputies, Sergents, Leiutenants and even the Ombudsman line and got no help. Plaintiff has also written his felony Judge and Internal Affairs department and Public defender. And currently in administrative segregation Confindment for the past 220 days where he remains

## V Legal Claim

38. Plaintiff reallege and incorporate by reference paragraphs 1-37

39. By Defendant deputy. Hankerson beating plaintiff and calling him names without any probable cause was use of excessive force Violated plaintiff's rights and constituted cruel and unusual punishment under the Eighth and Fourteenth Amendments of the United States Constitution. Plaintiff also allege the torts of assault and battery, false imprisonment and intentional infliction of emotional distress.

40. Defendants Jane Doe Head Nurse, XO.Lt.C.Badgette's deliberate indifference to plaintiff's serious medical needs Violated plaintiff's rights and constituted cruel and unusual punishment under the Eighth and Fourteenth Amendments to the United States Constitution

41. Defendants all Administrative Commands denial of due process deliberate indifference and creation of a policy or pratice that allows the beating of inmates. Violated plaintiff's rights and constituted cruel and unusual punishment under the Eight and Fourteenth Amendments to the United States Constitution. Plaintiff also allege the torts of negligence and false imprisonment

42. Defendants deputy Hankerson's deliberate indifference in writing a false diciplinary report when events are cought on camera violated plaintiff's rights constituted in cruel and unsual punishment under the Eighth and Fourteenth Amendments to the United States Constitution. Plaintiff also allege the torts of Negligence and false imprisonment.

43. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herin. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injuctive relief which plaintiff seeks.

## VI. Prayer For Relief

Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff:

44. A declaration that the acts and ommissions described herein violated plaintiff's rights under the Constitution and the laws of the United States.

45. A preliminary and permanent injunction ordering Defendants to cease their physical violance, stop their threatning plaintiff George Birkley Jr. Stop their mental and emotional dustruction and stop writting false reports to keep plaintiff Birkley in administrative segregation.

46. Granting Plaintiff Birkley compensatory damages in the amount of 100,000 against Defendant Deputy. Honkerson individually and severally.

47. Granting Plaintiff Birkley compensatory damages in the amount of 300,000 against Defendant XO. Lt. C. Badgette individually and severally.

48. Granting Plaintiff Birkley compensatory damages in the amount of 300,000 against Defendant Jane Doe individually and severally.

49. Plaintiff Birkley seeks punitive damages in the amount of 2,500,000.00. Plaintiff Birkley seek these damages against each defendant jointly and severally.

50. Plaintiff also seek a jury trial on all issues triable by jury

51. Plaintiff also seek recovery of their cost in the suit

52. Any additional relief this Court deem just, proper, and equitable.

Dated: December 22, 2014
Respectfully
George Birkley Jr

Broward County
Main Jail
P.O Box 9356    Ft. Lauderdale Fl, 33310

## Verifcation

I have read the foregoing complaint and hereby verify that the matter's alleged therin are, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the forgoing is true and correct

Executed at Ft. Lauderdale, Florida  December 22, 2014

*George Birkley Jr*
George Birkley Jr

Kontravious White 23140123
Main Jail 8B1-8
P.O Box 9356
Ft Lauderdale Fl, 33310

USMS INSPECTED RECEIVED

Office Of The Clerk Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716